NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5048

EDWARD L. BRIGHT, II, FRED E. EVANS, NANCY A. EVANS,
EARLEEN FAUVERGUE, CLARENCE FORKNER, RANDY W. FROEBE,
DEBRA J. FROEBE, GENEVA GRUBBS, NORMA LOU HALL, HOMER E. HAMILTON,
DEBBIE M. HAMILTON, SHIRLEY HENDRICKS, DAVID HOUSER, GAIL HOUSER,
PATRICK J. O'BRYAN, TRUSTEE OF THE PATRICK J. O'BRYAN REVOCABLE
LIVING TRUST UNDER AGREEMENT DATED 9/7/2001, LESTER ROARK,
DONALD LEE ROPER, II, RICKY D. RUSSELL, B. LORENE SOPER,
BRADY J. STUART, and ROSE M. STUART, for Themselves and As Representatives
of a Class of Similarly Situated Persons,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appe al from the United States Court of Federal Claims in 08-CV-431, Judge Christine
O.C. Miller.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

The National Federation of Federal Employees (NFFE) and Larry J. Rhutasel each move for leave to file a brief amicus curiae and for an extension of time, until June 23, 2009, to file the brief. NFFE states that Earleen Fauvergue et al. consent to both motions and the United States consents to the extension motion but takes no position with respect to the motion for leave to file a brief amicus curiae. Rhutasel states that the United States consents to his motion for leave to file a brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUN 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Mark F. Hearne, II, Esq.
        Kristine S. Tardiff, Esq.
        Helen K. Michael, Esq.
        Brent W. Baldwin, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2009

JAN HORBALY
CLERK

s17

2009-5048                            2